IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SUSAN C. ASHELMAN,

    Plaintiff,

v.

GEISINGER HEALTH SYSTEM FOUNDATION,

    Defendant.

: 3:16-CV-01837
: (JUDGE MARIANI)

## ORDER

AND NOW, THIS 10th DAY OF AUGUST, 2018, upon review of Magistrate Judge Carlson's Report and Recommendation ("R&R") (Doc. 43) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 43) is **ADOPTED** for the reasons set forth therein.

2. Defendant Geisinger Health System Foundation's Motion for Summary Judgment (Doc. 34) is **GRANTED**. Judgment is entered **IN FAVOR OF** Defendant and **AGAINST** Plaintiff Susan Ashelman.

3. The Clerk of Court is directed to **CLOSE** the action.

_____
Robert D. Mariani
United States District Judge